**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ARTHUR SCOTT PRELLE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-5291 |
| | : | |
| UNITED STATES MINT, ROBERT KURZYNA, TREASURER OF THE UNITED STATES | : : : | |

# ORDER

**AND NOW**, this 28th day of October 2024, upon reviewing the *pro se* Complaint (ECF 2) after granting leave to proceed without paying filing fees (ECF 7) consistent with our obligations to screen under 28 U.S.C. § 1915(e)(2)(B), and for reasons in today's accompanying Memorandum, it is **ORDERED** the Complaint (ECF 2) is **DISMISSED** without prejudice to Plaintiff timely filing an amended Complaint with specific facts relating to his certificate accounting or redemption claim against federal actors not immune from suit by no later than **November 20, 2024** or we will direct the Clerk of Court **close** this case.

                                                                                                                            _____
                                                                                                                            **KEARNEY, J.**