IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR SCOTT PRELLE | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 24-5291 |
| UNITED STATES MINT, ROBERT KURZYNA, TREASURER OF THE UNITED STATES, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, UNITED STATES DEPARTMENT OF TREASURY, UNITED STATES SECRETARY OF STATE, STATE OF NEW JERSEY | : | |

## ORDER

AND NOW, this 26th day of November 2024, following our screening of Plaintiff's pro se sovereign citizen third amended Complaint (ECF 24) consistent with our Congressionally mandated screening obligations, having found the claims are frivolous and cannot state a basis in law to recover claiming a birth certificate is some form of contract which would entitle him to relief from the United States and the State of New Jersey, for reasons in today's accompanying Memorandum, and for good cause, it is **ORDERED** Plaintiff's third amended Complaint (ECF 24) is **DISMISSED** with prejudice as frivolous under 28 U.S.C. § 1915 and the Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.